**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOE HUNSINGER** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **3:21-cv-00804-B-BH** |
| | § | |
| **ELLIS ACQUISITIONS LLC** | § | |
| **Defendant** | | |

## STIPULATION FOR DISMISSAL AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 3, 2021.

Respectfully Submitted,

By:        /s/*Sarah Dill*_____
**Sarah Dill**
State Bar No. 24115436
sarah@ghristlaw.com
**ATTORNEY FOR DEFENDANT**

By:  /s/ Joe Hunsinger  6-3-2021____
**Joe Hunsinger**
7216 CF Hawn Freeway
Dallas, Texas 75217
joe75217@gmail.com
**PRO SE LITIGANT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JOE HUNSINGER** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | 3:21-cv-00804-B-BH |
| | § | |
| **ELLIS ACQUISITIONS LLC** | § | |
| **Defendant** | | |

## ORDER GRANTING DEFENDANT'S ELLIS' DISMISSAL MOTION

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____

_____
JUDGE PRESIDING